IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.:  6:26-po-00075-HBK |
| Plaintiff, | Hon. Helena M. Barch-Kuchta |
| v.<br>ROBERT KEELY | ORDER GRANTING<br>REQUEST TO APPEAR REMOTELY |
| Defendant. | (Doc. 12) |

Good cause appearing, IT IS ORDERED:

1. Defense counsel, Marc Days, is authorized to appear remotely at Defendant's Initial Appearance/Arraignment set for April 7, 2026, and at all future hearings in this matter, unless otherwise ordered, before the Honorable Helena M. Barch-Kuchta.

2. The Courtroom Deputy will provide connection details and instructions.

3. Counsel must use a stable connection and appear from a quiet, private location.

4. Recording, photography, or rebroadcasting is prohibited.

Dated:   March 29, 2026

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE