Marc Days, CA Bar #184098
Days Law Firm
1125 T Street
Fresno, California 93721
Telephone: (559) 708-4844

Attorney for Defendant,
Robert Keely

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT KEELY<br><br>Defendant. | Case No.:  6:26-po-00075-HBK<br><br>REQUEST FOR RULE 43 WAIVER OF APPEARANCE AND ORDER DENYING IN PART AND GRANTING IN PART<br><br>(Doc. 11) |

Pursuant to Fed. R. Crim. P. 43(b)(2) and (b)(3), Defendant, Robert Keely, having been advised of his right to be present at all stages of the proceedings, hereby requests that this Court proceed in his absence on every occasion that the Court may permit, pursuant to this waiver. Defendant makes this request due to his distance from the Yosemite National Park (YNP) courthouse, an approximate 7 hour commute.  Defendant resides in Los Angeles, CA and the commute time to the south entrance to YNP is approximately 5.5 hours and the commute from the entrance to the courthouse is approximately 1.5 hours. Defendant agrees that his interests shall be represented at all times by the presence of his attorney, Marc Days, the same as if Defendant were personally present, and requests that this court allow his attorney-in-fact to represent his interests at all times. Defendant further agrees that notice to Defendant's attorney that Defendant's presence is required will be deemed notice to the Defendant of the requirement of his appearance at said time and place.

Dated: March 27, 2026,                                    Respectfully submitted,

                                                          /s/ Robert Keely
                                                          Defendant
                                                          Robert Keely


Dated: March 29, 2026,                                    Respectfully submitted,

                                                          Marc Days
                                                          Days Law Firm

                                                          /s/ Marc Days
                                                          MARC DAYS
                                                          Attorney for Defendant
                                                          Robert Keely

**O R D E R**

At the request of the Defendant, the Court suspended and continued Defendant's Initial Appearance/Arraignment to April 7, 2025 at 10:00 a.m. in Yosemite.  Because Fed. R. Crim. P. 10(b) is not satisfied, the Court will not waive Defendant's appearance for his April 7, 2026 Initial  Appearance/Arraignment.  Fed. R. Crim. P. 43(a).  However, the Court will permit Defendant to appear by remote means.

Accordingly, it is hereby ORDERED:

1. Defendant's request for a waiver (Doc. 11) is DENIED to the extent Defendant must appear for his Initial  Appearance/Arraignment on April 7, 2025 at 10:00 a.m. but Defendant will be permitted to appear by remote means.  The Court will provide the necessary information to facilitate the video conference to Defendant's attorney.

2. Defendant's request for a waiver pursuant to Fed. R. Crim. P. 43(b)(2) and (b)(3) (Doc. 11) is GRANTED.


Dated:   March 29, 2026  

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

U.S. v. Keely, 6:26-po-00075-HBK                    -2-
Rule 43 Waiver